UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VANESSA DECATUS, as Trustee for Vanessa Decatus Trust/Estate,

                              Plaintiff,

-against-

THE PEOPLE OF THE STATE OF NEW YORK,

                              Defendant.

23-CV-3643 (LTS)

ORDER DIRECTING PAYMENT OF FEES OR IFP APPLICATION

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. She initiated the matter as a miscellaneous case and tendered the payment of the $49.00 filing fee. *See* ECF 1:23-MC-113, 2 (S.D.N.Y. May 1, 2023). On May 1, 2023, Judge Valerie Caproni determined that Plaintiff's complaint did not fit any of the listed categories of miscellaneous matters and directed the Clerk of Court to open Plaintiff's submission as a new civil action. ECF 1:23-MC-113, 1.

To proceed with this new civil action, Plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or request authorization to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. Accordingly, within 30 days of the date of this order, Plaintiff must either pay the $402.00 in fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 23-CV-3643 (LTS). If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees.

## CONCLUSION

The Court directs Plaintiff, within 30 days of the date of this order, to either pay $402.00 in filing fees or request waiver of the filing fees by completing and submitting the attached IFP

application. No summons shall issue at this time. If Plaintiff complies with this order, the action will be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed under 28 U.S.C. §§ 1914, 1915.

The Court directs the Finance Department to return to Plaintiff her payment of $49.00.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 4, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

_____

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes   ☐ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?   ☐ Yes   ☐ No
   Monthly amount: _____
   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes   ☐ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____
   If "no," what was your last date of employment? _____
   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☐ No
   (b) Rent payments, interest, or dividends            ☐ Yes   ☐ No

- (c) Pension, annuity, or life insurance payments ☐ Yes ☐ No
- (d) Disability or worker's compensation payments ☐ Yes ☐ No
- (e) Gifts or inheritances ☐ Yes ☐ No
- (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☐ Yes ☐ No
- (g) Any other sources ☐ Yes ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

_____   _____
Dated                          Signature

_____   _____
Name (Last, First, MI)         Prison Identification # (if incarcerated)

_____   _____
Address         City           State         Zip Code

_____   _____
Telephone Number               E-mail Address (if available)
